# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **NASIR PASHA**<br>*Plaintiff(s),*<br><br>-vs-<br><br>**EQUIFAX INFORMATION SERVICES, LLC, ET AL.**<br>*Defendant(s).* | Civil Action No. 4:20-cv-1255 |

### SUMMONS IN A CIVIL ACTION

To:  LVN V Funding LLC
c/o Registered Agent
Corporation Service Company
2908 Poston Ave
Nashville, TN 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>  Micah S. Adkins
> THE ADKINS FIRM, P.C.
> 1025 Westhaven Blvd., Suite 220
> Franklin, Tennessee 37064

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: April 9, 2020

*s/ Shadia Nash*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:20-cv-01255

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LVNV Funding LLC
was received by me on *(date)* 04/09/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons and complaint on the above-named defendant's registered agent by certified mail on April 13, 2020, at a cost of $7.05.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/22/2020                              /s/ Micah S. Adkins
                                              *Server's signature*

                                              Micah S. Adkins, Attorney
                                              *Printed name and title*

                                              The Adkins Firm, P.C.
                                              1025 Westhaven Blvd., Suite 220
                                              Franklin, Tennessee 37064
                                              *Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery 4-13-20 |
| 1. Article Addressed to:<br>LVNV Funding LLC<br>c/o Registered Agent<br>Corporation Service Company<br>2908 Poston Ave<br>Nashville, TN 37203-1312 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>4:20-cv-1255    7.05<br><br>*Pasha Service Packet* |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5364 9189 6281 64 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7018 0360 0000 7443 8133 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

USPS TRACKING#

9590 9402 5364 9189 6281 64



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

The Adkins Firm, P.C.
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064